# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00084-CR

**Charles E. Christopher, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 58675, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Charles E. Christopher seeks to appeal from a judgment of conviction for aggravated sexual assault. The trial court has certified that this is a plea bargain case and Christopher has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The court has also certified that Christopher waived his right of appeal. The appeal is dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed:  March 17, 2006

Do Not Publish